IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS ROBERTS and MARY KATHRYN MILLER-BOOKOUT, | * * * |
| Plaintiffs, | * * |
| vs. | * CIVIL ACTION 22-00121-KD-M |
| | * |
| AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY, | * * * |
| Defendant. | * |

ORDER

The Court heard from counsel this date on Defendant's Motion to Compel (Doc. 14) and Plaintiffs' Response to Defendant's Motion to Compel (Doc. 24). After consideration, the Motion to Compel was **GRANTE**D for the reasons set out on the record of the hearing and Defendants were **ORDERED** to further respond to the disputed interrogatories and requests for production of documents, as discussed and ordered at the hearing, **not later than December 14, 2022.**[1] Defendant was **ORDERED** to provide Plaintiffs with a listing of all payments made to date pursuant to the policy, with supporting documentation, **not later than December 2, 2022.** Defendant is not seeking to recover any such payments in this action.

---

[1] The Court determined that reimbursement of costs in bringing the Motion to Compel was not warranted at this time.

Defendant does intend to file a summary judgment motion on or before February 17, 2023, if this action is not resolved prior to that time.  The parties have briefly discussed settlement.  The requirements for a settlement conference, if needed, conducted by the undersigned, was explained to counsel.

DONE this 28th day of November, 2022.

/s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE