IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NICHOLAS ROBERTS** *et al.*,    )<br>         **Plaintiffs,**                          )<br>                                                     )<br>**v.**                                               )<br>                                                     )    CIVIL ACTION: 1:22-00121-KD-M<br>**AMERICAN MODERN PROPERTY &**  )<br>**CASUALTY INSURANCE COMPANY,** )<br>         **Defendant.**                          ) | |

### ORDER

This matter is before the Court on the parties Notice of Settlement. (Doc. 29).

Accordingly, it is **ORDERED** that the above-styled action is **DISMISSED** with prejudice from the active docket of this Court subject to the right of any party to reinstate the action within thirty (30) days of the date of this Order should the settlement agreement not be consummated. Each party shall bear his, her, or its own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE** and **ORDERED** this the **14th** day of **December 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**